IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAY FLIPPO, on behalf of herself and as qui tam Plaintiff for the UNITED STATES OF AMERICA and the STATE OF TENNESSEE<br><br>v.<br><br>FRIENDSHIP HOME HEALTHCARE, INC; FRIENDSHIP HOME HEALTH, INC.; FRIENDSHIP HOME HEALTH AGENCY, LLC; and THEOPHILUS EGBUJOR | No. 3-14-1262 |

O R D E R

By notice issued June 6, 2014 (Docket Entry No. 4), the initial case management conference was scheduled on July 28, 2014.

No appearance was made on behalf of the relator, the United States, or the State of Tennessee at the initial case management conference nor did counsel for any party communicate in any way with the Court before or after the scheduled initial case management conference.

By order entered August 1, 2014 (Docket Entry No. 13), the motion for extension of time to consider intervention filed by the United States (Docket Entry No. 11) was granted and the time for the United States and the State of Tennessee to notify the Court of their decision regarding intervention was extended to January 26, 2015.

As a result, the initial case management conference shall be rescheduled after the United States and the State of Tennessee have determined whether or not to intervene in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge